■ BELA GELER, an Infant, by RACHMIEL GELER, Her Guardian ad Litem, et al., Respondents, v. JACK WEITZMAN, Appellant.— In an action by an infant plaintiff to recover damages for personal injuries sustained as the result of the defendant's negligent operation of his motor vehicle in which the infant was a passenger, and by her father for loss of services and expenses, defendant appeals from an order of the Supreme Court, Kings County, dated June 21, 1960, granting plaintiffs' motion for summary judgment, pursuant to rule 113 of the Rules of Civil Practice. Order reversed, with $10 costs and disbursements, and motion denied. Whether the swerve or skid into the elevated pillar resulted from negligent operation was, at the least, a question of fact in view of the respective versions of the infant plaintiff and the defendant (*Lahr* v. *Tirrill*, 274 N. Y. 112; *Cole* v. *Swagler*, 308 N. Y. 325). Moreover, there is no showing of compensable injury sustained by the infant plaintiff as a result of the accident. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

## (February 8, 1961)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN FAHRENKOPF, Appellant.— Motion by appellant to enlarge his time to perfect the appeal, granted; time enlarged to the March Term, beginning February 27, 1961. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ JOSEPH U. FIORE, Appellant, v. PASQUALE AMORUSO et al., Respondents, and FRANK FERRINO et al., Intervenors-Respondents.— Oral motion by appellant for a further extension of time to perfect appeal, granted; time extended to the March Term, beginning February 27, 1961; appeal ordered on the calendar for said term. Oral cross motion by intervenors-respondents to dismiss appeal, denied. The record and appellant's brief must be served and filed on or before February 21, 1961. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

## (February 14, 1961)

■ BARON'S COVE INN, INC., Respondent, v. DANIEL F. MULVIHILL, Appellant, et al., Defendants.— On the call of the calendar, appeal dismissed; there being no appearance for appellant and appellant having failed to comply with an order of this court, dated December 19, 1960, requiring him to perfect his appeal for the February 1961 Term. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ FANNIE FINK et al., Respondents, v. MURRAY MARCOVITZ et al., Respondents, and THEODORE E. THALER et al., Appellants. THEODORE E. THALER et al., Third-Party Plaintiffs-Appellants, v. CORD MEYER DEVELOPMENT COMPANY et al., Third-Party Defendants-Respondents.— Motion by plaintiffs-respondents to dismiss appeal granted, with $10 costs, and appeal dismissed. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.